**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeffrey James Faulkner | No. CV-05-0148-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Dora B. Schiro, | |
| Defendant. | |

Having considered Plaintiff Jeffrey James Faulkner's Motion for Extension of Time to File Opposition to Magistrate Judge Irwin's Report and Recommendation (Doc. 50) and good cause appearing,

**IT IS HEREBY ORDERED GRANTING** Plaintiff's Motion for Extension of Time to File his Opposition to Magistrate Judge Irwin's Report and Recommendation (Doc. 50).

**IT IS FURTHER ORDERED** that Plaintiff shall file his Opposition to the Report and Recommendation no later than **June 22, 2007**.

DATED this 26th day of April, 2007.

_____
Stephen M. McNamee
United States District Judge