**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeffrey James Faulkner, ) | No. CIV 05-0148-PHX-SMM |
| Petitioner, ) | **MEMORANDUM OF DECISION AND ORDER** |
| vs. ) | |
| Dora B. Schriro et. al., ) | |
| Respondents. ) | |

Pending before the Court is Petitioner's pro se Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (the "Petition"). The matter was referred to Magistrate Judge Jay R. Irwin for a Report and Recommendation. On April 16, 2007, the Magistrate Judge filed a Report and Recommendation with this Court (Doc. 15). On June 15, 2007, Petitioner filed his Objection (Doc. 55) to the Report and Recommendation which was accompanied by a Declaration (Doc. 56). After considering Judge Irwin's Report and Recommendation and the arguments raised in Petitioner's Objections thereto, the Court now issues the following ruling.

**STANDARD OF REVIEW**

When reviewing a Magistrate Judge's Report and Recommendation, this Court "must make a de novo determination of those portions of the report . . . to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate." 28 U.S.C. § 636(b)(1)(C); see also Baxter v. Sullivan, 923 F.2d

1391, 1394 (9th Cir. 1991) (citing Britt v. Simi Valley Unified Sch. Dist., 708 F.2d 452, 454 (9th Cir. 1983)).

**DISCUSSION**

The detailed procedural history of this case is set forth in Respondents' Answer to the Petition (Doc. 39) and the Magistrate Judge's Report and Recommendation (Doc. 49). Petitioner filed his original Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 on January 12, 2005 ( Doc. 1). That petition was ordered served, but on May 9, 2005, Petitioner sought leave to amend his petition. (Doc. 10).  The motion was granted (Order 10/20/05, Doc. 17), and Petitioner's first Amended Petition (Doc. 18) was filed the same date.  Thereafter, on March 2, 2006, Petitioner filed his second motion to amend (Doc. 24),  which was granted on March 29, 2006, resulting in the filing of the present, Second Amended Petition for Writ of Habeas Corpus (Doc. 26). Petitioner's Second Amended Petition asserts the following four grounds for relief:

1. Petitioner was denied due process of law when the trial court denied his motion to dismiss based upon the absence of evidence to support accomplice liability on Count II of the Indictment. (Second Amended Petition, #26 at 5-5B).

2. Petitioner's due process and double jeopardy rights were violated when his sentences were made consecutive to his sentences in the 1995 cases despite the provisions of his plea agreements to the contrary. (*Id.* at 6-6A.).

3. Petitioner's due process rights were violated by the imposition of consecutive sentences in violation of state law. (*Id.* at 7).

4. Petitioner's due process rights were violated by the aggravation of his sentence by factors not determined by the jury, in violation of *Apprendi v. New Jersey,* 530 U.S. 466 (2000), and *Blakely v. Washington*, 542 U.S. 296 (2004). (*Id.* at 8).

On July 24, 2006, Respondents filed their Answer (Doc. 39), and Exhibits thereto on July 25, 2006 (Doc. 40). Respondents argue that Ground One is procedurally defaulted (Doc. 39, at 9-16).  They argue that Ground Two (Concurrent Sentencing Agreement) is without merit

- 2 -

1 because on re-sentencing, Petitioner received the relief he is requesting (*Id.* at 16). They argue
2 that Ground Three (Consecutive Sentences) is without merit, because Count I and Count II of
3 the charges reflected separate conduct (*Id.* at 16-24). Finally, they argue that Ground Four
4 (*Blakely*) is without merit because *Blakely* is not retroactively applicable on habeas review and
5 that Petitioner has never asserted that the statutory maximum sentence was exceeded (*Apprendi*)
6 (*Id.* at 23-25). On February 16, 2006, Respondents supplemented the record (Doc. 8) to provide
7 a complete copy of their Exhibit K. Petitioner filed a Reply on August 30, 2006 (Doc. 46).

8 Having reviewed the legal conclusions of the Report and Recommendation of the
9 Magistrate Judge, and the objections having been made by Petitioner thereto, the Court finds
10 that the Magistrate Judge adequately addressed all of Petitioner's arguments. Therefore, the
11 Court hereby incorporates and adopts the Magistrate Judge's Report and Recommendation.

## CONCLUSION

For the reasons set forth above,

**IT IS HEREBY ORDERED** that the Court adopts the Report and Recommendation of Magistrate Judge Jay R. Irwin (Doc. 49).[1]

**IT IS FURTHER ORDERED** that Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED** and this action is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Petitioner's Motion Requesting Change of Judge (Doc. 52) is **DENIED**.

DATED this 9th day of October, 2007.

Stephen M. McNamee
United States District Judge

---

[1] The Report and Recommendation included a recommendation that Ground One of Petitioner's Second Amended Petition for Writ of Habeas Corpus be **DISMISSED with Prejudice** and that the remainder of the Second Amended Petition for Writ of Habeas Corpus be **DENIED**.

- 3 -