**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeffrey James Faulkner, | No. CV-05-0148-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Dora B. Schiro, | |
| Defendant. | |

Currently before the Court are Petitioner's Motion for the Court to Appoint Pro Bono Counsel for Appeal (Doc. 60) and Motion for Extension of Page Limits for Certificate of Appealability (Doc. 62). Pursuant to the Court's Denial of Petitioner's Certificate of Appealability (Doc. 64), the aforementioned motions are necessarily **DENIED**.

Accordingly,

**IT IS HEREBY ORDERED DENYING** Petitioner's Motion for the Court to Appoint Pro Bono Counsel for Appeal (Doc. 60) and Motion for Extension of Page Limits for Certificate of Appealability (Doc. 62).

DATED this 26th day of November, 2007.

_____
Stephen M. McNamee
United States District Judge